IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR STEVEN LANGENDORF, | ) | No. C 07-6487 JSW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| RICHARD KIRKLAND, | ) | |
| Respondent. | ) | |

On December 27, 2007, Petitioner filed this pro se petition for a writ of habeas corpus. On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had not submitted the filing fee or an application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. Petitioner has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or submit an forma pauperis application.

IT IS SO ORDERED.

DATED: April 24, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR S. LANGENDORF,

    Plaintiff,

  v.

RICHARD KIRKLAND et al,

    Defendant.

Case Number: CV07-06487 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Taylor Steven Lagendorf
P74142
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: April 24, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk