IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR STEVEN LANGENDORF, | ) | No. C 07-6487 JSW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| RICHARD KIRKLAND, | ) | |
| Respondent. | ) | |

    The Court has dismissed this pro se petition without prejudice for failure to pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: April 24, 2008

_____
JEFFREY S. WHITE
United States District Judge


UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR S. LANGENDORF, | Case Number: CV07-06487 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RICHARD KIRKLAND et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Taylor Steven Lagendorf
P74142
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk